# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:19-CR-00375        Recorder: CS 07/31/2019        Date: 07/31/2019

Present: The Honorable Alicia G. Rosenberg, U.S. Magistrate Judge

Court Clerk: Karl Lozada                    Assistant U.S. Attorney: Andrew Roach

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) KELLIE DIANE TUMAMBING<br>    BOND-PRESENT | 2) PETER CARL SWARTH<br>    PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Otis D. Wright II.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial 9/24/2019 at 9:00 AM
   Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: KL by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney